**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| CESAR DOMINIC CARDENAS,<br><br>    Plaintiff,<br><br>    vs.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-00603-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's response to Plaintiff's opening brief shall be filed on or before Februray 18, 2015; and

2. Plaintiff's reply, if any, shall be filed on or before March 6, 2015.

IT IS SO ORDERED.

Dated: __**January 16, 2015**__

_____
UNITED STATES MAGISTRATE JUDGE