# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR DOMINIC CARDENAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:14-cv-00603-SAB<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(ECF No. 21) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that fees and expenses in the amount of five thousand ($5,000.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:  **August 3, 2015**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE